# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

KENNEDY,

        Plaintiff,

v.                                                                                     Case No. _____

O'CONNOR, et al.,

        Defendants.

## [Proposed] ORDER

Plaintiff's Motion to Compel Service of Process is

    a.    granted _____.

    b.    not granted _____.

Date: _____

                                            _____
                                            By the Court