IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

KENNEDY,

        Plaintiff,

v.

                                      Case No. _____

O'CONNOR, et al.,

        Defendants.

**[Proposed] ORDER**

Plaintiff's Motion to for ECF Access to File is

        a.        granted _____.

        b.        not granted _____.

Date: _____

                                        _____
                                        By the Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Edward Thomas Kennedy, )
)
         Plaintiff, )   Civil Action No. _____
)
vs. )
)
Reed Charles O'Connor, et. al., )
)
         Defendants )

## [Proposed] ORDER

Plaintiff's First Cause of Action

is granted _____

is not granted _____

Plaintiff's Second Cause of Action

is granted _____

is not granted _____

Date: July _____ 2019.

For the court of record,

_____